MINOR—See Abatement 12.  Audita Querela 2.  False Imprisonment 3.

————•————

MILITARY OFFICER—See False Imprisonment 2, 3. Condemnation.

————•————

## MORTGAGE.

### No. 1.

**WILKINSON** *against* **LATHROP.** *Rutland,* 1816.

THE estate of a mortgagee may be attached and execution extended thereon.  Quere de hoc, How shall it be levied on, before the law day expires.